### 5305.  NEPHEW v. THE STATE.

ROAN, J.  There being no error of law complained of, and the verdict being authorized by the evidence and approved by the trial judge, the judgment is                                          *Affirmed.*

DECIDED DECEMBER 9, 1913.

Indictment for larceny of hog; from McIntosh superior court—Judge Sheppard.   October 4, 1913.

*Charles M. Tyson,* for plaintiff in error.

*N. J. Norman, solicitor-general, W. G. Warnell,* contra.